**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Frederick Roosevelt BAKER, Defendant–Appellant.**

No. 08–7641.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 19, 2009.

Decided: March 10, 2009.

Frederick Roosevelt Baker, Appellant Pro Se. Olivia N. Hawkins, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frederick Roosevelt Baker appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Baker*, No. 3:02–cr–00097–RLW–1 (E.D.Va. Aug. 1, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*